AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mark BEHAR | ) | Case No.  1:25MJ20LDA |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   on or about August 12, 2022   in the county of _____ in the _____ District of   Rhode Island  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Distribution of a controlled substance |
| 21 U.S.C. § 846 | Conspiracy |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Nicolaus Renzi with the Food and Drug Administration ("FDA")

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Nicolaus Renzi - FDA
*Printed name and title*

Sworn to before me and signed  **Telephone**

Date: April 9, 2025

*Judge's signature*

City and state:   Providence, Rhode Island   Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*