PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO. 1:25MJ20LDA

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added  ☐ Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
RHODE ISLAND Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** SARA M. BLOOM
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

**Name of Asst. U.S. Attorney (if assigned):**

USA vs.
Defendant: Mark BEHAR
Address: [redacted]

☐ Interpreter Required  Dialect: ____

Birth Date: [redacted]
☒ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number: [redacted]

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** Food & Drug Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
 ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

**Place of offense:** RHODE ISLAND County

### DEFENDANT

Issue: ☐ Warrant  ☒ Summons

Location Status:
Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody
☐ Currently in State Custody
 ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts ____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 21 U.S.C. § 841 | Distribution of a controlled substance | ☒ Felony ☐ Misdemeanor |
|   | Imprisonment 5 years; Fine of $250,000; | Supervised Release 1 year - life; Special assessment of $100. | ☐ Felony ☐ Misdemeanor |
| 2 | 21 U.S.C. § 846 | Conspiracy | ☒ Felony ☐ Misdemeanor |
|   | Imprisonment 5 years; Fine of $250,000; | Supervised Release 1 year - life; Special assessment of $100. | ☐ Felony ☐ Misdemeanor |
|   |   | Estimated Trial Days: 3 | ☐ Felony ☐ Misdemeanor |

Submit   Go