UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MARK BEHAR,<br>    Defendant. | Criminal Case No. 1:25-MJ-00020-PAS |

## ASSENTED MOTION TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT

The United States, by and through its attorneys, Sara M. Bloom, Acting United States Attorney, and Paul F. Daly, Jr., Assistant United States Attorney, with the assent of the defendant, Mark Behar, by and through his attorney, Pamela E. Chin, Esquire, moves the Court to exclude the period through July 4, 2025 from the thirty-day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b).  As grounds for this motion, the government states as follows:

   1.    The parties will be discussing a resolution of this case.   Therefore, both the United States and the defendant seek additional time in which to discuss terms of a resolution.

   2.    Once a plea agreement has been proposed, the defendant will require additional time to discuss the proposed plea agreement with his attorney and to consider the agreement.

   3.    The filing of a plea agreement would likely result in a resolution of this matter on terms agreeable to the government, to the defendant and to the Court, and

would eliminate the need for further pre-trial and trial proceedings, thereby conserving judicial resources.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Mark Behar | SARA M. BLOOM |
| By his Attorney | Acting United States Attorney |
| Pamela E. Chin, Esquire | /s/ Paul F. Daly, Jr. |
|  | PAUL F. DALY, JR.<br>Assistant U.S. Attorney<br>RI Bar No. 3970<br>One Financial Plaza, 17th Floor<br>Providence, RI 02903<br>Email: paul.daly@usdoj.gov<br>Tel: 401-709-5000<br>Fax: 401-709-5001 |

DATED: June 4, 2025

## CERTIFICATE OF SERVICE

On the 4th day of June, 2025, the United States of America, caused the within "Assented Motion to Exclude" to be served on both parties.

Pamela E. Chin, Esquire

/s/ Paul F. Daly, Jr.
PAUL F. DALY, JR.
Assistant U.S. Attorney

>RI Bar No. 3970
>One Financial Plaza, 17th Floor
>Providence, RI 02903
>Email: paul.daly@usdoj.gov
>Tel: 401-709-5000
>Fax: 401-709-5001